Robert Bruner et al., appellants, v. Thomas J. Courtney, State's Attorney, et al., appellees. Gen. No. 38,106.

Opinion filed April 22, 1936.
Fink & Daniels, for appellants; Meyer Fink and Max Daniels, of counsel. Thomas J. Courtney, State's Attorney, and William H. Sexton, Corporation Counsel, for appellees; Jacob Shamberg, William P. Kearney, Gerald E. Hornidge, J. L. Sheer, Assistant State's Attorneys, Otto F. Weiner and William V. Daly, Assistant Corporation Counsel, of counsel.
Mr. Presiding Justice Hall delivered the opinion of the court.

Jesse W. Ritter, appellee, v. City of Chicago, appellant. Gen. No. 38,130.

Opinion filed April 22, 1936.
William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Quin O'Brien and Michael W. Kaveney, Assistant Corporation Counsel, of counsel. Clark & Clark and John W. Costello, for appellee; Russell S. Clark and Chester D. Kern, of counsel.
Mr. Presiding Justice Hall delivered the opinion of the court.

The First National Bank of Chicago et al., appellees, v. Amandus N. Anderson et al., appellants. Gen. No. 38,204.

Opinion filed April 22, 1936. Rehearing denied May 5, 1936.
Justus Chancellor, for appellants. Burry, Johnstone, Peters & Dixon, for appellees; James E. Elworth, of counsel.
Mr. Presiding Justice Hall delivered the opinion of the court.